UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 0:11-cv-60741-WPD

ROBERT COHEN, Individually;
DENISE PAYNE, Individually; and
ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation,

    Plaintiffs,

vs.

ERGENE ENTERPRISES, INC., d/b/a
FORT LAUDERDALE BEACHRESORT
HOTEL & SUITES,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and state that he parties have reached an agreement with Defendant, ERGENE ENTERPRISES, INC., d/b/a FORT LAUDERDALE BEACHRESORT HOTEL & SUITES, as to the resolution of the entire claim, and anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 22nd day of June, 2011. We further certify that the foregoing was

served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                Respectfully submitted,

By: /s/ Daniel B. Reinfeld
   DANIEL B. REINFELD, ESQ.
   Florida Bar No.: 174815
   DANIEL B. REINFELD, P.A.
   Ives Dairy Commerce Center
   20249 NE 16th Place
   Miami, FL 33179
   Telephone: (954) 558-8139
   Facsimile: (305) 999-0397
   E-Mail: dan@reinfeldlaw.com

**Service List**

NORMAN E ERGENE
3550 Galt Ocean DR # 1401
Ft. Lauderdale, FL 33308
Telephone: (954) 643-6336
Facsimile: (954) 563-2130
Email: normanergene@yahoo.com